IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CORNELIUS LENARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:17-CV-00041-M-BP |
| | § | |
| TYSON FOODS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on July 31, 2018 to part III only. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error in parts I, II and IV, the Court **ACCEPTS** those parts of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and grants Defendant's Motion for Summary Judgment (ECF No. 24) on those bases. The Court remands the summary judgment issues raised in part III for reconsideration to Magistrate Judge Hal R. Ray, Jr.

**SO ORDERED** this 21st day of August, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE