IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CORNELIUS LENARD, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 7:17-cv-00041-M-BP |
| TYSON FOODS, INC., | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that the Motions (ECF Nos. 24, 50) are **GRANTED**.

**SO ORDERED** this 29th day of November, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE